IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROTELLA'S ITALIAN BAKERY, INC., | |
| Plaintiff, | **8:26CV282** |
| vs. | |
| ACXION FOODSERVICE, INC., | **ORDER** |
| Defendant. | |

This case is before the Court on what purports to be a Stipulation for Dismissal, seeking dismissal with prejudice. However, the stipulation is filed and signed only by Plaintiff's counsel. Filing 5. The Stipulation is insufficient because it must be signed by both parties or their attorneys. *See* NECivR 7.3. Accordingly,

IT IS ORDERED that the Plaintiff's Stipulation of Dismissal, Filing 5, is rejected, and dismissal is denied without prejudice to the filing of an adequate stipulation.

Dated this 14th day of July, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge